DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MAYS,** an Individual, and **KALA HENNESSEY,** an Individual,
Appellants,

v.

**JOE TAYLOR RESTORATION, INC.,** a Florida Corporation, **JOSEPH TAYLOR,** an Individual, **AARON GETTY,** an Individual, **CLEGG DURKIN,** an Individual, and **JOHN DOE(S),** an Unknown Person(s) and/or Corporation(s),
Appellees.

No. 4D21-1776

[June 30, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2020-CA-006839-XXXX-MB.

Jay Lewis Farrow and Meera K. Koodie of Farrow Law Firm, P.A., Davie, for appellants.

Joshua S. Widlansky and Stephen J. Padula of Padula Bennardo Levine, LLP, Boca Raton, for appellees Joe Taylor Restoration, Inc. and Joseph Taylor.

Ronald P. Ponzoli, Jr. and Leslie Arsenault Metz of Gray Robinson, P.A., West Palm Beach, for appellee Aaron Getty.

Ronald M. Gache and Scott A. Simon of Logs Legal Group LLP, Boca Raton, for appellee Clegg Durkin.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***